No. 83–856.  DORIA MINING & ENGINEERING CORP. v. CLARK, SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–920.  GAMBALE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 83–925.  CARRICO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–939.  REDMOND v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 83–940.  BEHRING INTERNATIONAL, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 83–5402.  GAERTNER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 83–5484.  CAVAZOS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 83–5488.  ARMSTRONG v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 83–5505.  YOUNG-BUFFALO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–5537.  HAGGINS v. WARDEN, FORT PILLOW STATE FARM.  C. A. 6th Cir.  Certiorari denied.

No. 83–5541.  MISHMASH ET AL. v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 83–5575.  PRICE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 83–5581.  GLOVER ET AL. v. ALEXANDER, SECRETARY OF THE ARMY.  C. A. 4th Cir.  Certiorari denied.

No. 83–5621.  STRONG v. MAGGIO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 83–5663.  WEBB v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.